HUGHES, *Ap't*, v. SMITH, *Adm'r*, *Ap'ee*.

An appeal from a probate decree allowing an administrator's account, stating the appellant's interest to be that of a surety upon the bond of the guardian of the minor heirs of the deceased, and a purchaser of some of the estate of the deceased, without stating facts showing that the appellant's suretyship and purchase give him an interest that may be concluded by the decree, is insufficient.

APPEAL, from a decree of the probate court, allowing the account of the appellee, as administrator *de bonis non* on the estate of Henry Evans, deceased. The interest of the appellant as stated in the appeal was, that he was surety on the bond of the guardian of the minor heirs of the deceased, and had purchased a portion of the assets of the deceased. Motion to dismiss.

*Dodge*, for the appellant.

*Smith,* for the appellee.

STANLEY, J.   The right to appeal from the decrees of the probate court is granted to those only whose interests may be concluded thereby.   Gen. Laws, *c.* 207, *s.* 1.

The interest of the appellant, as stated in the appeal, does not state facts which bring it within the provisions of the statute.

*Appeal dismissed.*

All concurred.